# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2021 KW 0785

VERSUS

NICKEY A. LANDOR

**OCTOBER 1, 2021**

In Re: Nickey A. Landor, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 423,940.

**BEFORE: McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** The district court did not err in denying relator's "memorandum of law in support of post-conviction relief and order of an out-of-time appeal appointment of appellate counsel." Relator filed the motion under La. Code Crim. P. art. 914, which sets forth the method and time limit for filing an appeal of a final judgment. See also La. Code Crim. P. art. 912(A). In the motion, relator sought to extend the time to seek review of the denial of his pro se motion to correct an illegal habitual offender sentence filed with the district court. The time limits set forth in Article 914 are for motions for appeal and not for review of a ruling on a pro se post-trial motion to correct an illegal sentence. If relator is seeking review by this court of a district court's ruling on a pro se motion, his filing with this court, should include a copy of the indictment, the habitual offender bill of information, the motion at issue filed with the district court, the state response, if any, the district court's ruling on the motion, all pertinent minute entries and/or transcripts, and other documentation necessary to review his claims.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT